```
         UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF WEST VIRGINIA
                 AT CHARLESTON
```

MAZOLA M. EVANS,

       Plaintiff

v.                              Civil Action No.: 2:04-0416

JO ANNE BARNHART,
Commissioner of
Social Security,

       Defendant

---

### JUDGMENT ORDER

       In accordance with the memorandum order this day entered in the above-styled civil action, it is ORDERED and ADJUDGED that:

       1.  The final decision of the Commissioner be, and it hereby is, affirmed; and

       2.  This civil action be, and it hereby is, dismissed and stricken from the docket of the court.

       The clerk is directed to forward copies of this order to all counsel of record and the United States Magistrate Judge.

                                              DATED: April 20, 2005

                                              _____
                                              John T. Copenhaver, Jr.
                                              United States District Judge